FILED
15 OCT -1 PM 1:30
U.S. ... FOR THE ... DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
Northern DISTRICT OF INDIANA
South Bend DIVISION

NYKAZA Gee, Petitioner,

v.

Indiana Department of Correction, Respondent.

CAUSE NO.: 3:15CV452 JTM

# PRISONER COMPLAINT
# 42 U.S.C. § 1983

## I. PARTIES

A. PLAINTIFF

1. NYKAZA GEE 127839

Name: First Middle Last Offender Number

2. Where are you being held: **INDIANA STATE PRISON**

3. What is the address: **1 Park Row St. Michigan City, IN. 46360**

4. Did the things that you are suing about happen in the place listed above:

☑ YES, it happened here in the same facility I am being held at today.
☐ NO, it happened at ______

5. Did the things that you are now suing about, happen:

☐ before you were confined, or
☐ when you were confined awaiting trial, or
☑ after conviction while confined serving a sentence.

B. DEFENDANT(S) How many defendants are you suing: (2) TWO.

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|
| 1. | OFFICER ERIC PARRISH | Indiana StATE Correctional officer | Indiana StatE PRISON, michigan City Prison, 1 PArk Row, michigan City, In 46360 |
| 2. | Sergeant Ken Young | Indiana State Correctional officer | Indiana State Prison, MIchigan City Prison, 1 PArk Row, MICHIGAN CITY, In 46360 |
| 3. | OFFENDERS | SEVEral StAtE Offenders | Indiana State Prison, MIchigan City Prison, 1 PArk Row, Michigan City, In 46360 |
| 4. | | | |
| 5. | | | |

## II. GRIEVANCE PROCEDURE

F. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

☑ Yes ☐ No

G. If yes, did you file a grievance about the things you are suing about?

☐ YES *[attached the response from the final step of the grievance process.]*

☑ NO *[Explain why you did not file a grievance.]*

I was told by: Unit Team Staff in (B) Cell-House that they where out. That I NEED to be Escorted over to Medical, and then mental health for this matter.

I NyKAZA Gee told Internal Affairs what was said above. They then said: I'll take your statement now As the informal.

# III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is *VERY IMPORTANT* that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation. *Number your paragraphs.* #1, #2, b and c.

1. I'm suing Sergeant KEN Young for RAPE. And his powerful struggle, on luring I (NyKAZA GEE) boxer shorts, and pants un-buckle And pulled down to my lower knees, for his own personal pleasure. With the thoughts of Sergeant KEN Young's own personal judgement to, and with conversation with officer Eric Parrish.

About NyKAZA GEE (penis) personal private part. At Michigan City Prison, in (B) cell-house located in Michigan City Indiana. On November 10, 2014. Time (11:30 A.M. Noon – 2:00 p.m.) After which Sergeant Ken Young left cell B-420-North and Mr. GEE displayed (nude) and shackle to A bed, Alone with Officer

Eric Parrish. Knowing the past action that has been taken among the July 21, 2014 Attack between Officer Eric Parrish and NyKAZA GEE. Sergeant Ken Young action of display lead Officer Eric Parrish And up to (15) fifteen to (25) twenty-five other offenders to form a long period

*Cause(s) of Action with Supporting Facts (continued):*

of sexually Abuse by WAY of (hand) fingers to NyKAZA Gee's rectum, with the Abuse of different size fingers and speeds. Sergeant Ken Young personal comments and unarthurize actions in this matter WAS unprofessional of his duties. And A big help for everything that took plACE in a eASier way. And not later noticE, or do nothing after he departed from cell B-420-north. In (B) cell-housE.

#2. I'm suing Officer Eric PArrish for RApE, And Sexually Abuse. officer Eric PArrish confind I (NYKAZA Gee) in my cell as an offender here at Michigan City Prison, in (B) Cell-house. In Michigan City Indiana on November 10, 2014 Time (11:30Am noon— 2:00p.m.) Alone with several other offenders from up to (15) fifteen to (25) twenty-five. And for over an hour or more. With Sergeant Ken Young at a beginning point. officer Eric PArrish used his athoritys as an officer to over-power Gee's personal possession (photo's) to engage himself into a sex act (masterbated) with Gee's presence. officer Eric PArrish confind NykAzA Gee by shackling him to his bed (left leg). To bed leg. Then told Mr. Gee that he want it to look like he's shaking him down. I NykAzA Gee refuse to talk to officer Eric PArrish through-out his action. And once Officer Eric PArrish was complete, he then lead Gee to think he was about to remove the one leg shackle.

#2b.

However, and began to raise Gee's hat from over his face. Not once, but twice and touch Gee's face. At that point I Nykaza Gee attempt to give Officer Eric Parrish a upper cut with a close fist but mist. Gee then told officer Eric Parrish that my face has nothing to do with the shackle on my (left) leg. Officer Eric Parrish began in rage for such. And stated: you done fuck-up now. All of which lead to a struggle; and a offender's assistance, on to Sergeant Ken Young at the scene. (Sgt.'s act). After which, lead Officer Eric Parrish to inflick his finger to, And by way of: ramming his finger into Gee's (butt) rectum.

Officer Eric Parrish soon was assist by several offenders. Offenders sat on Nykaza Gee's hands and fore-arms, and sat on Gee's right leg up against the wall and bed. While Gee's left leg was still shackle to the bed. As the Offender's rotated places of the confindment of Gee's human body, and fingers to Gee's rectum.

This same act began in sets of different groups of offenders while Officer Eric Parrish just watch, and past out gloves. To the point some shared glove. Officer Eric Parrish left at one point, and this cycle continued on Gee in his cell located in B-Cell-house (B-420-North). At times Gee was hit in his back, legs, head, and his neck hell down into the mattress. And fingers of different speeds to Gee's rectum over a long period of time.

#2 c.

officer Eric Parrish used his athority to Assure other offenders; and open up Mr. Gee's cell as if it WAS A drive-thur, And OK.

All in which for NyKAZA GEE: PAin & suffering, No sencE of humor, Brused left leg/skin lost from cuff. Right knee disfunctionable, Inflick to (MY) REctum, Hemorrhoids, BAttered, ScArs & cuts from nAils, WAlking Ability changE then normal, MY PRIDE, SElfAsteam, MY TRust!

Both OFFICER Eric Parrish And Sergeant KEN Young ViolAted United StAtEs Constitutional number (8) Eight, (4) Four, And (14) fourteen Amendment.

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same thing you wrote about in this complaint? ☑ NO ☐ YES - *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.}*

Court: ______________________________

Judge: ______________ Docket Number: ______________

Date files: ______________ Date Closed: ______________

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form cannot restore good time, expunge your record or get you released from custody**. For this type of relief, you must file a Habeas Corpus case under 28 U. S. C. §2254.

(15) FIFTEEN THOUSAND DOLLARS —

## VI. VERIFICATION AND SIGNATURE

**Initial Each Statement and Sign at the Bottom**

NG I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

NG I have included one properly completed process receipt and return form (USM-285) available from the U.S. Marshall) for each defendant I am suing.

NG In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

NG I have included full payment of the filing fee OR attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) with a copy of my prison trust fund account statement for the six months for the six months proceeding the filing of this case.

NG I agree to promptly notify the clerk of any change of address.

NG I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

NG I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this 28 day of September, 2015.

Nykaza Gee
Your Signature
NYKAZA GEE (127839)

Mail all of these paper to: South Bend Division Clerk's Office
204 S. Main Street
South Bend, IN 46601