N. Gee, #127839 A-245
Indiana State Prison
One Park Row
Michigan City, IN 46360

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL™

7012 2210 0001 8832 3260

US POSTAGE PITNEY BOWES
ZIP 46360 $ 006.19
0001399735 SEP 29 20

Stephen Ludwig, Clerk
U.S. District Court
102 Grant Federal Building
204 South Main Street
South Bend, IN 46601-2194

INDIANA STATE PRISON
LAW LIBRARY
LEGAL MAIL