FILED

15 OCT -1 PM 1:30

FOR THE NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
Northern DISTRICT OF INDIANA
South Bend DIVISION

Nykaza Gee, )
Petitioner, )
)
v. ) CAUSE NO.: 3:15CV452
Indiana Department )
of Correction, )
Respondent. )

**PRISONER PETITION TO PROCEED IN FORMA PAUPERIS**

I, Nykaza Gee, offender number 127839
Declare that I am unable to prepay the full filing fees and costs of this proceeding, or to give security because of my poverty. I believe that I am entitled to redress and I petition the court for leave to proceed in *forma pauperis* in my:

☑ 42 U.S.C. § 1983 Civil Rights Complaint ☐ 28 U.S.C. § 2254 Habeas Corpus Petition

☐ 42 U.S.C. § 1983 Civil Rights Appeal ☐ 42 U.S.C. § Habeas Corpus Appeal

1. Do you work? ☑ NO ☐ Yes, I earn $ ________ per month.

2. Do you receive idle pay? ☑ NO ☐ Yes, I receive $ ________ per month.

3. Have you ever filed a law suit in the United States District court for the Southern/Northern District of Indiana ? ☑ NO ☐ Yes.

4. Have you ever filed a law suit in a federal court outside of Indiana?
☑ NO ☐ Yes, in the ____________ District of ____________ in the year ______.

I declare under penalty of perjury, Pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 28 day of September, 20 15.

Nykaza Gee
Nykaza Gee, Petitioner (127839)

## OFFICIAL NOTARIZED CERTIFICATE OF PRISONER ACCOUNT

I certify that NyKAZA GEE, DOC # 127839, has $ 94.57 in his prisoner trust account. I certify that during the last six months (or _____ months if the prisoner has been confined less than six months) that The prisoner's

average monthly BALANCE was $ 45.95,

And that the prisoner's average monthly DEPOSITS were $ 95.00.

I certify that I have attached a true and correct copy of the prisoner trust account statement for the last six months or for the duration of his confinement in the Indiana Department of Corrections.

Signed this 17 day of September, 20 15.

Cynthia Lasco
Signature of Authorized Officer

Cynthia Lasco, Accountant Co
Printed Name and Job Title

Business Administration Office
Indiana State Prison
1 Park Row
Michigan City, IN 46360

Subscribed and sworn to before me on this 17 day of SEPTEMBER, 20 15.

Phyllis F Leaner
Notary Public Signature

Phyllis F Leaner
Notary Name Printed

La Porte
County of Residence

My commission Expires:

NOTARY PUBLIC SEAL — PHYLLIS F. LEANER, La Porte County, My Commission Expires February 17, 2023

(month) (day) (year)