REPORT ID: TFDRHRPT-30
LOC: ISP

INDIANA DEPARTMENT OF CORRECTION
ALL TRANSACTION HISTORY REPORT
AS OF 03/17/2015 THRU 09/17/2015

DATE 09/17/2015
TIME 10:17:30
PAGE 1

OFFENDER NO: 127839 NAME: GEE, NYKAZA

| DATE POSTED | ID | DOCUMENT NUMBER | TRAN DT | TYP | CODE | AMOUNT | ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 09/14/2015 | 008 | LAW LIBRAR | 09/14/2015 | D | ISRV | $2.40 | 9/8/15 |
| 09/14/2015 | 008 | LAW LIBRAR | 09/14/2015 | D | ISRV | $3.20 | 9/8/15 |
| 09/01/2015 | 027 | 0049399103 | 09/01/2015 | C | ELEC | $100.00 | GEE,FLORA |
| 08/28/2015 | 002 | ISP 08/28 | 08/28/2015 | D | PHON | $5.00 | ISP-082815-0086P / |
| 08/28/2015 | 001 | ISP 08/28 | 08/28/2015 | D | COMM | $4.58 | ISP-082815-0086A / |
| 08/28/2015 | 001 | ISP 08/28 | 08/28/2015 | D | COMM | $6.53 | ISP-082815-0086B / |
| 08/14/2015 | 001 | ISP 08/14 | 08/14/2015 | D | COMM | $94.62 | ISP-081415-0046A / |
| 08/14/2015 | 001 | ISP 08/14 | 08/14/2015 | D | COMM | $13.32 | ISP-081415-0046B / |
| 08/11/2015 | 023 | COPIES | 08/11/2015 | D | ISRV | $0.10 | |
| 07/31/2015 | 017 | 0048366366 | 07/31/2015 | C | ELEC | $120.00 | GEE,FLORA |
| 07/17/2015 | 010 | ISP 07/17 | 07/17/2015 | D | PHON | $5.00 | ISP-071715-0046P / |
| 07/17/2015 | 009 | ISP 07/17 | 07/17/2015 | D | COMM | $72.70 | ISP-071715-0046A / |
| 07/17/2015 | 009 | ISP 07/17 | 07/17/2015 | D | COMM | $17.78 | ISP-071715-0046B / |
| 07/15/2015 | 018 | LAW LIB | 07/15/2015 | D | ISRV | $0.40 | 070615 |
| 07/01/2015 | 022 | 0047416007 | 07/01/2015 | C | ELEC | $100.00 | GEE,FLORA |
| 06/19/2015 | 009 | ISP 06/19 | 06/19/2015 | D | PHON | $5.00 | ISP-061915-0052P / |
| 06/19/2015 | 008 | ISP 06/19 | 06/19/2015 | D | COMM | $21.82 | ISP-061915-0052A / |
| 06/19/2015 | 008 | ISP 06/19 | 06/19/2015 | D | COMM | $0.98 | ISP-061915-0052B / |
| 06/12/2015 | 018 | 0046876196 | 06/12/2015 | C | ELEC | $25.00 | GEE,TIMOTHY |
| 06/05/2015 | 004 | ISP 06/05 | 06/05/2015 | D | COMM | $83.97 | ISP-060515-0079A / |
| 06/05/2015 | 004 | ISP 06/05 | 06/05/2015 | D | COMM | $14.31 | ISP-060515-0079B / |
| 06/01/2015 | 021 | 0046470324 | 06/01/2015 | C | ELEC | $100.00 | GEE,FLORA |
| 05/27/2015 | 058 | COMM CR | 05/27/2015 | C | ADJC | $0.98 | ISP-052215-00105/REFU |
| 05/22/2015 | 006 | ISP 05/22 | 05/22/2015 | D | PHON | $5.00 | ISP-052215-0105P / |
| 05/22/2015 | 005 | ISP 05/22 | 05/22/2015 | D | COMM | $45.24 | ISP-052215-0105A / |
| 05/22/2015 | 005 | ISP 05/22 | 05/22/2015 | D | COMM | $3.28 | ISP-052215-0105B / |
| 05/08/2015 | 002 | ISP 05/08 | 05/08/2015 | D | PHON | $5.00 | ISP-050815-0085P / |
| 05/08/2015 | 001 | ISP 05/08 | 05/08/2015 | D | COMM | $16.14 | ISP-050815-0085A / |
| 05/08/2015 | 001 | ISP 05/08 | 05/08/2015 | D | COMM | $2.83 | ISP-050815-0085B / |
| 05/07/2015 | 023 | POSTAGE | 05/07/2015 | D | ISRV | $0.48 | |
| 04/24/2015 | 005 | ISP 04/24 | 04/24/2015 | D | PHON | $5.00 | ISP-042415-0096P / |
| 04/24/2015 | 004 | ISP 04/24 | 04/24/2015 | D | COMM | $59.23 | ISP-042415-0096A / |
| 04/24/2015 | 004 | ISP 04/24 | 04/24/2015 | D | COMM | $7.47 | ISP-042415-0096B / |
| 04/20/2015 | 048 | 0045178458 | 04/20/2015 | C | ELEC | $25.00 | GEE,TIMOTHY |
| 04/10/2015 | 005 | ISP 04/10 | 04/10/2015 | D | COMM | $22.69 | ISP-041015-0219A / |
| 04/10/2015 | 005 | ISP 04/10 | 04/10/2015 | D | COMM | $12.71 | ISP-041015-0219B / |
| 04/10/2015 | 005 | ISP 04/10 | 04/10/2015 | D | COMM | $3.45 | ISP-041015-0219C / |
| 04/07/2015 | 014 | COPIES | 04/07/2015 | D | ISRV | $0.10 | |
| 04/03/2015 | 001 | 0044632887 | 04/03/2015 | C | ELEC | $100.00 | GEE,FLORA |
| 04/02/2015 | 042 | LEGAL POST | 04/02/2015 | D | ISRV | $3.78 | 3/30/15 |
| 04/02/2015 | 042 | LEGAL POST | 04/02/2015 | D | ISRV | $3.78 | 3/30/15 |
| 03/31/2015 | 038 | COMM CR | 03/31/2015 | C | ADJC | $3.45 | ISP-032715-00089/REFU |

REPORT ID: TFDRHRPT-30 INDIANA DEPARTMENT OF CORRECTION DATE 09/17/2015
LOC: ISP ALL TRANSACTION HISTORY REPORT TIME 10:17:30
AS OF 03/17/2015 THRU 09/17/2015 PAGE 2

OFFENDER NO: 127839 NAME: GEE, NYKAZA

| DATE POSTED | ID | DOCUMENT NUMBER | TRAN DT | TYP | CODE | AMOUNT | ADDITIONAL DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| 03/27/2015 | 002 | ISP 03/27 | 03/27/2015 | D | PHON | $10.00 | ISP-032715-0089P | / |
| 03/27/2015 | 001 | ISP 03/27 | 03/27/2015 | D | COMM | $99.69 | ISP-032715-0089A | / |
| 03/27/2015 | 001 | ISP 03/27 | 03/27/2015 | D | COMM | $17.20 | ISP-032715-0089B | / |

NO PENDING DISBURSEMENT FOUND.

*** AVAILABLE BALANCE........ $94.57
*** AMOUNT ON HOLD........... $0.00
*** CURRENT BALANCE.......... $94.57
*** PENDING BALANCE.......... $0.00

END OF REPORT TFDRHRPT-30