**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **NYKAZA GEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CAUSE NO. 3:15-CV-452 JM** |
| **v.** | ) | |
| | ) | |
| **INDIANA DEPARTMENT OF CORRECTIONS, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**O R D E R**

Nykaza Gee, a *pro se* prisoner, seeks leave to proceed *in forma pauperis.*

Therefore, pursuant to 28 U.S.C. § 1915(b), the Court:

(1) **GRANTS** the plaintiff leave to proceed *in forma pauperis* (DE # 2);

(2) **ORDERS** the plaintiff **Nykaza Gee, IDOC # 127839,** to immediately pay (and the facility having custody of him to remit) to the clerk of this court **$19.00** as payment of the initial partial filing fee;

(3) **ORDERS** the plaintiff **Nykaza Gee, IDOC #127839,** to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full; and

(4) **DIRECTS** the clerk of court to ensure that a copy of this order is mailed to each facility where the plaintiff is housed until the filing fee has been paid in full.

**SO ORDERED.**

Date: October 28, 2015

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT