FILED
16 FEB -8 PM 1:30
FOR THE NORTHERN DISTRICT OF INDIANA

2/4/2016

To whom it may concern:

I received your Opinion and Order, dated January 26th, 2016 on February 1st 2016.

With all due respect, and to the court. I too, can not give you any in-sight to this re-worded theory Opinion and Order. I sent to the court a Complaint 42 USC§1983, with summons to the mane parties. Dated 9/28/2015 with my hand written signature (D.O.C. 127839).

I'm un-certain if the court here is giving me the lead way to move forward with other measurements, or.

There was no pat down search at no time, from either officer in this case, period.

I need you to keep in mind, that I'm the victim here. And that I'm suing to what I characterize, and to what did happen. Therefore, in support to the: 42USC§1983 Complaint. I'm enclosing (8) eight pages on my (NYKAZA Gee) recollection on what did happen.

However, I would like to make it clear to you; and the court, and to any other court's further order's in this case, that this (8) eight page's will be my "Amendment Pitition" here on, if need be.

For now, I hope it can help you as support in you decision.

And All under the violation of the U.S. Constitution (8), (4), and (14) Amendment. Thank You, for you time

—N. Gee