NAME: Nykazia Gee
NUMBER: 127839 LOCATION: A-24
INDIANA DEPARTMENT OF CORRECTION
...ISON
...N 46360

...IES THIS CORRESPONDENCE AS HAVING BEEN ...ENDER AT THE ABOVE CORRECTIONAL ...NING": NOT RESPONSIBLE FOR CONTENTS. ANY ...RDERS SHOULD BE REFERRED TO YOUR LOCAL ...E CASHING.

CERTIFIED MAIL™
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS

7012 2210 0001 8832 ...68

U.S. POSTAGE PITNEY BOWES
ZIP 46360 $ 003.68⁰
02 1W
0001399735 FEB 05 2016

U.S. POSTAGE PITNEY BOWES
ZIP 46360 $ 000.48⁵
02 1W
0001399735 FEB 05 2016

OFFICE OF THE CLERK
James T. Moody
United states District Court
204 S. MAIN STREET
South Bend, IN 46601

46601$2194 C005