UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| NYKAZA GEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO. 3:15-CV-432 JTM-CAN |
| v. | ) | |
| | ) | |
| INDIANA DEPARTMENT OF CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Nykaza Gee, a *pro se* prisoner, has filed a letter indicating he wants to amend his complaint. Pursuant to FED. R. CIV. P. 15(a)(1), Gee may amend his complaint as a matter of course, but N.D. IND. L.R. 15-1(b) requires that he do so by "reproduc[ing] the entire pleading as amended" and prohibits "incorporat[ing] another pleading by reference." Therefore, Gee must submit an amended complaint containing all of his claims.

For these reasons, the court:

(1) **DIRECTS** the clerk to place this cause number on a blank prisoner Complaint 42 U.S.C. § 1983 form and send it to Nykaza Gee;

(2) **GRANTS** Nykaza Gee, until March 21, 2016, to file an amended complaint containing all of the claims against all of the defendants that he seeks to bring in this lawsuit;

(3) **STAYS** this case pending the court's review of the amended complaint as required by 28 U.S.C. § 1915A; and

(4) **CAUTIONS** Nykaza Gee, that if he does not respond by the deadline, this case will proceed based on this court's screening (DE 5) of his previous complaint (DE 1).

SO ORDERED.

Dated this 17th Day of February, 2016.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge