**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| NYKAZA GEE | 3:15 CV 452 |
| DEFENDANT | TYPE OF PROCESS |
| SERGEANT KEN YOUNG | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SERGEANT KEN Young
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 PARK Row   Michigan City, Indiana 46360

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nykaza Gee (127839)
A-245-South   Indiana State Prison
1 Park Row
Michigan City, Indiana 46360

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

USMS N/IN 29 JAN '16 PM 2:09

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
Nykaza Gee
TELEPHONE NUMBER | DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 2 | 1 | | 2/8/16 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date   2/22/2016   Time   ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund) |
|---|---|---|---|---|---|
| $0.00 | | | $0.00 | | $0.00 |

REMARKS: 2/15/16 to ISP

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

## Kapost, Colette (USMS)

| | |
|---|---|
| From: | trackingupdates@fedex.com |
| Sent: | Monday, February 22, 2016 10:18 AM |
| To: | Kapost, Colette (USMS) |
| Subject: | FedEx Shipment 775676517578 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | United |
| Name: | Colette Kapost |
| E-mail: | colette.kapost@usdoj.gov |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 3142079 excess lb |
| Ship (P/U) date: | Feb 18, 2016 |
| Delivery date: | Feb 22, 2016 10:16 am |
| Sign for by: | S.WESTMAN |
| Delivery location: | MICHIGAN CITY, IN |
| Delivered to: | Shipping/Receiving |
| Delivery date: | Mon, 2/22/2016 10:16 am |
| Service type: | FedEx 2Day |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 3.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 775676517578 |

| Shipper Information | Recipient Information |
|---|---|
| Colette Kapost | Pam James |
| United | Indiana State Prison |
| 5400 Federal Plaza | One Park Row |
| Suite 1200 | MICHIGAN CITY |
| Hammond | IN |
| IN | US |
| US | 46360 |
| 46320 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:17 AM CST on 02/22/2016.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.