U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

PLAINTIFF: NYKAZA GEE

COURT CASE NUMBER: 3:15CV452

DEFENDANT: OFFICER ERIC PARRISH

TYPE OF PROCESS:

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: OFFICER ERIC PARRISH
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1 PARK ROW MICHIGAN CITY, INDIANA 46360

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

NYKAZA GEE (127839)
A-245-South
Indiana State Prison
1 PARK ROW
MICHIGAN CITY, Indiana 46360

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

FILED FEB 29 PM 1:30

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold Fold

USMS N/IN 29 JAN '16 PM 2:10

Signature of Attorney other Originator requesting service on behalf of: Nykaza Gee
☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER:
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2/2 | No. 27 | No. 27 | [signature] | 2/18/16 |

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Per ISP - Not Currently @ ISP.

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above): Served at last developed address by USMS - in USMS files only.

Date: 2/22/2016 Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | $0.00 |

REMARKS: Evidence of Service/Developed Address for Served in USMS files only.

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13