**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **NYKAZA GEE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 3:15-CV-452-JTM-CAN** |
| | ) | |
| **KEN YOUNG and** | ) | |
| **ERIC PARRISH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I, Caryn N. Szyper, Deputy Attorney General, certify that I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel on behalf of Defendants: Sgt. Ken Young and Eric Parrish.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Date: April 20, 2016

By: *s/ Caryn Nieman Szyper*
Caryn Nieman Szyper
Deputy Attorney General
Attorney No. 30063-49

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6297; Fax: (317) 232-7979
Email: Caryn.Szyper@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2016, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that a copy of the foregoing was sent by United States Mail, postage prepaid to the following:

Nykaza Gee
DOC #127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

*s/Caryn Nieman Szyper*
Caryn Nieman Szyper
Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South – 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-6297
Fax: (317) 232-7979
Email: Caryn.Szyper@atg.in.gov