**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **NYKAZA GEE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 3:15-CV-452-JTM-CAN** |
| | ) | |
| **KEN YOUNG and** | ) | |
| **ERIC PARRISH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR INITIAL EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Ken Young and Eric Parrish, by counsel, respectfully move for a twenty-eight (28) day extension of time, to and including May 18, 2016, to respond to Plaintiff's complaint and in support, state the following:

1. On October 1, 2016, Plaintiff Nykaza Gee filed a complaint against Ken Young, Eric Parrish, unnamed inmates and the Indiana Department of Correction. [ECF 1.]

2. On January 26, 2016, the Court issued a screening order pursuant to 28 U.S.C. §1915A. In the Order, the Court dismissed the unnamed inmates and the Indiana Department of Correction, but allowed claims to proceed against Ken Young and Eric Parrish in their individual capacities for damages for alleged violations of the Plaintiff's Eighth Amendment rights. [ECF 5.]

3. Accordingly, summons were issued to Eric Parrish and Ken Young on January 27, 2016. [ECF 6.]

4. Thereafter, on February 8, 2016, the Plaintiff sent a letter to the Court concerning the screening order. [ECF 7.]

5. The Court construed Plaintiff's letter as an indication that he wished to amend his complaint and ordered the Plaintiff to file an amended complaint by March 21, 2016. [ECF 8.]

6. In the Order, the Court also stayed the case pending the court's review of the amended complaint and cautioned the Plaintiff that if he did not respond by the deadline, the case will proceed on the screening of the previous complaint. [ECF 8.]

7. In the meantime, both Defendants were served on February 22, 2016. [ECF 9 & 10.]

8. However, according to the docket, the Plaintiff has not filed an amended complaint.

9. In light of the Court's order staying the case and the Plaintiff's indication that he desired to amend his complaint, it is unclear when Defendants' deadline is for their response to Plaintiff's previously screened complaint.

10. Additionally, undersigned counsel was only made aware of this case today, April 20, 2016. Undersigned needs time to confer with her clients to prepare a proper response.

11. If this matter is no longer stayed due to Plaintiff's failure to submit an amended complaint, Defendants respectfully request a twenty-eight (28) day extension of time, to and including May 18, 2016, to respond to Plaintiff's initial complaint.

12. This request is being made in good faith and not for the purpose of hindrance or delay.

WHEREFORE, Defendants respectfully request that the Court grant a twenty-eight (28) day extension of time, to and including May 18, 2016, to respond to Plaintiff's Complaint and grant all other just and proper relief.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No. 1958-98

By: *s/ Caryn N. Szyper*
Caryn N. Szyper
Deputy Attorney General
Atty. No.: 30069-49
Indiana Government Center South, 5th Fl.
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6297
E-Mail Caryn.Szyper@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that a copy of the foregoing was sent by United States Mail, postage prepaid to the following:

Nykaza Gee
DOC #127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

*s/Caryn N. Szyper*
Caryn N. Szyper
Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South – 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-6297
Fax: (317) 232-7979
Email: Caryn.Szyper@atg.in.gov