UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

NYKAZA GEE,

Plaintiff,

v.

INDIANA DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

CAUSE NO. 3:15-CV-452 JTM-CAN

ORDER

This case was stayed because Nykaza Gee, a *pro se* prisoner, indicated he wanted to file an amended complaint. (DE 7.) However, the time for him to do so has now passed, (DE 8), and he has not amended his complaint. Therefore, the stay will be lifted, and the case will proceed on the court's screening (DE 5) of his original complaint (DE 1). The Clerk is **DIRECTED** to re-open the case.

In addition, the defendants, by counsel, seek additional time to respond to the complaint. In the interests of justice, the motion (DE 12) is **GRANTED** and the deadline for responding is **ENLARGED** to **May 18, 2016**.

SO ORDERED.

Dated this 21st Day of April, 2016.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge