**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| NYKAZA GEE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:15-CV-452-JTM-CAN |
| | ) | |
| KEN YOUNG and<br>ERIC PARRISH, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' ANSWER AND STATEMENT OF DEFENSES**

Defendants Ken Young and Eric Parrish, by counsel, hereby submit their Answer and Statement of Defenses to Plaintiff's complaint. In answer to the complaint, the Defendants state the following:

**I. PARTIES**

**A. PLAINTIFF**

1. Defendants admit that an individual named Nykaza Gee was assigned the Indiana Department of Correction number 127839.

2. Defendants admit that the Plaintiff is currently incarcerated at Indiana State Prison.

3. Defendants admit that the address for the Indiana State Prison is 1 Park Row St. Michigan City, IN 46360.

4. Defendants admit that the Plaintiff was incarcerated at the Indiana State Prison on the date of the alleged incident.

5. Defendants admit that the alleged incident occurred after the Plaintiff was convicted while confined serving a sentence.

**B. DEFENDANT(S)**

1. Defendants admit that Plaintiff has filed a lawsuit naming Eric Parrish, a correctional officer at the Indiana State Prison, as a defendant. Defendants admit that the Indiana State Prison has an address of 1 Park Row St. Michigan City, IN 46360.

2. Defendants admit that Plaintiff has filed a lawsuit naming Ken Young, a sergeant at the Indiana State Prison, as a defendant. Defendants admit that the Indiana State Prison has an address of 1 Park Row St. Michigan City, IN 46360.

3. The unnamed offenders identified in paragraph 3 are no longer parties to this lawsuit, and therefore no response is required. To the extent a response is required, Defendants deny. [*See* ECF No. 5.]

## II. GRIEVANCE PROCEDURE

F. Defendants admit there is a prison grievance system that would permit Plaintiff to file a grievance about the allegations in this lawsuit.

G. Defendants deny that the Plaintiff has filed a grievance about the subject matter of this lawsuit. Defendants admit that Plaintiff informed internal affairs about the allegations made in his complaint.

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Defendants admit that Plaintiff has brought an action under 42 U.S.C. § 1983. Defendants deny that Sgt. Ken Young raped the Plaintiff. Defendants deny that Officer Eric Parrish raped the Plaintiff. Defendants deny that Officer Eric Parrish assisted 15-20

inmates in sexually assaulting the Plaintiff. Defendants deny that Officer Eric Parrish attacked Plaintiff on July 21, 2014. Defendants deny all remaining factual allegations.

Defendants state, and the evidence will show, that no offenders or DOC staff entered Nykaza Gee's locked cell at the time of the alleged incident on November 10, 2014.

Defendants further deny that they violated Plaintiff's Fourth, Eighth or Fourteenth Amendment rights. Plaintiff's remaining claims were dismissed by the Court, and thus require no response from Defendants. [*See* ECF 5.]

## IV. PREVIOUS LAWSUITS

Defendants are without sufficient information to admit or to deny the allegations regarding Plaintiff's previous lawsuits.

## V. RELIEF

Defendants deny the Plaintiff is entitled to the relief requested or any relief whatsoever.

## GENERAL DENIAL

Defendants deny any and all remaining allegations set forth in Plaintiff's Complaint not herein previously admitted or denied.

## STATEMENT OF DEFENSES

Defendants state the following in defenses to the claims made by Plaintiff in his complaint:

1. Plaintiff's rights, privileges and immunities secured under the Constitution or laws of the United States have not been violated by any alleged action or inaction

of Defendants. The Defendants at all times acted reasonably, without malice, and in good faith.

2. Plaintiff failed to exhaust available administrative remedies prior to initiating this lawsuit, as is required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a).

3. The Defendants' actions were objectively reasonable and did not violate any clearly established principle of federal law; therefore, the Defendants are entitled to qualified immunity.

Defendants reserve the right to amend their answer and defenses as more information is obtained.

WHEREFORE, Defendants, by counsel, respectfully request that the Plaintiff take nothing by his complaint, that judgment be entered in favor of the Defendants and against the Plaintiff, and any other such relief as the Court deems just and appropriate.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No. 1958-98

Date: May 16, 2016 By: *s/ Caryn N. Szyper*
Caryn N. Szyper
Deputy Attorney General
Atty. No.: 30069-49
Indiana Government Center South, 5th Fl.
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6297
E-Mail Caryn.Szyper@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that a copy of the foregoing was sent by United States Mail, postage prepaid to the following:

Nykaza Gee
DOC #127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

*s/ Caryn N. Szyper*____________
Caryn N. Szyper

Office of the Indiana Attorney General
Indiana Government Center South – 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-6297
Fax: (317) 232-7979
Email: Caryn.Szyper@atg.in.gov