**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **NYKAZA GEE,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**KEN YOUNG and**<br>**ERIC PARRISH,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CAUSE NO. 3:15-CV-452-JTM-CAN** |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I, Philip Gordon, Deputy Attorney General, certify that I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel on behalf of Defendants: Sgt. Ken Young and Eric Parrish.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Date: May 16, 2016

By: */s/ Philip Gordon*
Philip Gordon
Deputy Attorney General
Attorney No. 31321-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6217; Fax: (317) 232-7979
Email: Philip.Gordon@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2016, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that a copy of the foregoing was sent by United States Mail, postage prepaid to the following:

Nykaza Gee
DOC #127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

*s/Philip Gordon*
Philip Gordon
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South – 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-6217
Fax: (317) 232-7979
Email: Philip.Gordon@atg.in.gov