**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| NYKAZA GEE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:15-cv-452-JTM-CAN |
| | ) | |
| KEN YOUNG and | ) | |
| ERIC PARRISH, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I, Matthew K. Phillips, Deputy Attorney General, certify that I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel on behalf of Defendants: Sgt. Ken Young and Eric Parrish.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Date: May 18, 2016

By: *s/ Matthew K. Phillips*
Matthew K. Phillips
Deputy Attorney General
Attorney No. 28724-49

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 234-2415
Fax: (317) 232-7979
Email: Matthew.Phillips@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2016, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that a copy of the foregoing was sent by United States Mail, postage prepaid to the following:

Nykaza Gee
DOC #127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

*s/ Matthew K. Phillips*
Matthew K. Phillips
Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 234-2415
Fax: (317) 232-7979
Email: Matthew.Phillips@atg.in.gov