**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **NYKAZA GEE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 3:15-CV-452-JTM-CAN** |
| | ) | |
| **KEN YOUNG and ERIC PARRISH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO WITHDRAW APPEARANCE

Caryn N. Szyper, Deputy Attorney General, requests the Court grant leave to withdraw her appearance as counsel for Defendants in the above-captioned case.

The appearance of Philip Gordon, Deputy Attorney General, on behalf of the above named Defendants, filed on May 16, 2016, remains in place and all pleadings, orders and entries should be served on him.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Date: May 26, 2016 By: *s/Caryn N. Szyper*

Caryn N. Szyper
Deputy Attorney General
Attorney No. 30063-49
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone:(317) 232-6297; Fax: (317) 232-7979
Email: Caryn.Szyper@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that a copy of the foregoing was sent by United States Mail, postage prepaid to the following:

Nykaza Gee
DOC #127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

__*s/Caryn N. Szyper*__________
Caryn N. Szyper
Deputy Attorney General