**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **NYKAZA GEE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 3:15-CV-452-JTM-CAN** |
| | ) | |
| **KEN YOUNG and** | ) | |
| **ERIC PARRISH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

This matter is before the Court on the motion of Caryn N. Szyper, Deputy Attorney General, to withdraw her appearance on behalf of Defendants, in this matter. The Court, having reviewed the motion and being duly advised in the premises, now **GRANTS** the motion

**IT IS, THEREFORE, ORDERED** by the Court that the appearance of Caryn N. Szyper, Deputy Attorney General, on behalf of Defendants is withdrawn. The Clerk shall show the appearance of Caryn N. Szyper withdrawn as of the date of this Order. The appearance of Philip Gordon, Deputy Attorney General, filed May 16, 2016, will remain in effect for the above named Defendants.

Dated: May 31, 2016

s/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge

**Distribution:**

All CM/ECF Counsel of Record
Nykaza Gee, DOC #127839, Indiana State Prison, One Park Row, Michigan City, IN 46360