**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| NYKAZA GEE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:15-cv-452-JTM-CAN |
| | ) | |
| KEN YOUNG and<br>ERIC PARRISH, | )<br>) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AS TO THE EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Defendants, Ken Young and Erick Parrish ("Defendants"), by counsel, respectfully submit their Motion for Extension of Time to file a Motion for Summary Judgment as to the issue of exhaustion. In support of this motion, Defendants state the following:

1. On May 23, 2016, the Court entered its Order (ECF 17) staying discovery and permitting Defendants until August 8, 2016, to file a motion for summary judgment as to the affirmative defense of failure to exhaust. That deadline has not yet passed.

2. Defendants require time to consult with his clients, receive signed declarations, and thereafter file their motion for summary judgment.

3. Defendants anticipate fourteen (14) days will be adequate time to review additional documentation and prepare their motion for summary judgment with attached evidence.

4. Defendants now request a fourteen (14) day extension of time, specifically to **August 22, 2016,** to file their motion for summary judgment.

5. This extension does not interfere with any case management plan, scheduled hearings, or other case deadlines.

6. Plaintiff is a pro se and he is currently incarcerated, making conferring with him regarding this motion impracticable

WHEREFORE, Defendants, by counsel, respectfully request that the Court grant Defendants' extension of time to and including **August 22, 2016,** to file a motion for summary judgment in the above-captioned matter.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

By: *<u>/s/ Philip A. Gordon</u>*
Philip A. Gordon
Deputy Attorney General
Atty. No.: 31321-49

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that the document was mailed by United States Postal Service, first-class postage prepaid and properly addressed, to the following non CM/ECF participants:

Nykaza Gee
DOC # 127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

*s/ Philip A. Gordon*
Philip A. Gordon
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South - 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-6217
Fax: (317) 232-7979
Email: Philip.Gordon@atg.in.gov