UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| NYKAZA GEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO. 3:15-CV-452 JTM-CAN |
| v. | ) | |
| | ) | |
| INDIANA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The defendants, by counsel, filed a motion seeking additional time to file one summary judgment motion based on the exhaustion of administrative remedies. Good cause having been shown, the motion (DE 20) is **GRANTED** and the deadline is enlarged to August 22, 2016. The defendants are **CAUTIONED** that if no summary judgment motion is filed by the deadline, the affirmative defense of exhaustion of administrative remedies will be deemed waived and forfeited. The defendants are **REMINDED** that N.D. IND. L.R. 56-1(f) requires that "A party seeking summary judgment against an unrepresented party must serve that party with the notice contained in Appendix C."

SO ORDERED.

Dated this10th Day of August, 2016.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge