**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **NYKAZA GEE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:15-cv-452-JTM-CAN** |
| | ) | |
| **KEN YOUNG and ERIC PARRISH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, by counsel, Philip A. Gordon, Deputy Attorney General, pursuant to Federal Rule of Civil Procedure 56, respectfully submit this Motion for Summary Judgment, and in support state the following:

1. On October 1, 2015, Plaintiff filed his Prisoner Civil Rights Complaint. (ECF 1).
2. The Complaint was screened by the Court on January 26, 2016. (ECF 5).
3. The Court's screening process permitted his Eighth Amendment claims against Defendants Ken Young and Eric Parrish to proceed. (*Id.)*.
4. On May 16, 2016, Defendants filed their Answer and Statement of Affirmative Defenses. (ECF 14). Among other defenses, Defendants raised the affirmative defense that Plaintiff's claims are barred for his failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a).

5. On May 23, 2016, the Court issued an order staying other activities and deadlines in this matter except for activities associated with the development and resolution of the Defendants' affirmative defense that the Plaintiff failed to exhaust his administrative remedies prior to filing this action. (ECF 17).
6. By failing to complete the DOC grievance procedure, Offender Gee failed to exhaust his administrative remedies prior to filing his lawsuit as required under the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a).
7. There is no genuine issue of material fact regarding Offender Gee's failure to file a grievance and Defendants are entitled to judgment as a matter of law on all claims.
8. Defendants request that the Court grant summary judgment in their favor based on Plaintiff's failure to exhaust his administrative remedies.
9. Defendants have contemporaneously filed a Memorandum in support of this Motion, which is incorporated herein by reference.

WHEREFORE, Defendants, by counsel, respectfully request that the Court grant summary judgment in their favor, and for all other just and proper relief.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Date: August 18, 2016

By: *s/ Philip A. Gordon*
Philip A. Gordon
Deputy Attorney General
Attorney No. 31321-49

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6217
Fax: (317) 232-7979
Email: Philip.Gordon@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2016, I electronically filed the foregoing *Motion for Summary Judgment* with the Clerk of the Court using the CM/ECF system. I further certify that I have mailed the foregoing by United States Postal Service, postage prepaid and properly addressed, to the following non CM/ECF participants:

Nykaza Gee
DOC #127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

By: s/ *Philip A. Gordon*
Philip Gordon
Deputy Attorney General
*Counsel on behalf of Defendants*

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6217
Fax: (317) 232-7979
Email: Philip.Gordon@atg.in.gov