SEAL OF THE STATE OF INDIANA 1816

# CERTIFICATION OF RECORDS

State Form 36084 (R2 / 2-99)

I, Randy Short, officially designated as keeper of the Records for the Central Office, Indiana Department of Correction, 302 West Washington Street, Room E334, Indianapolis, Indiana, do hereby certify that the attached document(s), numbered Exhibit B, and listed below, is/are true and correct copy(ies) of the record of Nykaza Gee, Number 127839, as these records are numbered in this office.

In witness thereof, I hereunto subscribe my name and affix the seal of Indiana Department of Correction on this 17th day of August, 2016.

[signature]

Signature

## ATTACHED DOCUMENTS

Exhibit B - Offender Grievance History

| Name of requestor | Title or agency |
|---|---|
| Philip A Gordon | Deputy Attorney General |

| Address of requestor (street and number, city, state, ZIP code) | Date signed (month, day, year) |
|---|---|
| 302 W Washington St., I.G.C.S. 5th Floor, Indianapolis, IN 46204-2770 | 8/17/2016 |

County of Marion
State of Indiana } SS:

On this 17th day of August, 2016, before me came Randy Short to me known to be Program Director of Offender Placement of the Indiana Department of Correction, and acknowledged the execution of the foregoing instrument.

JENNIFER L. ARNOLD NOTARY PUBLIC SEAL MY COMMISSION EXPIRES 3-6-2024 COMMISSION NO 681205 MARION COUNTY, STATE OF INDIANA

| Signature of Notary Public | | Name of Notary Public *(typed or printed)* |
|---|---|---|
| Jennifer L Arnold [signature] | | Jennifer L Arnold |
| **Date signed (month, day, year)** | **County of residence** | **Date commission expires** |
| 8/17/2016 | Marion | 03/06/2024 |

DISTRIBUTION: White - Requestor; Canary - Offender file; Pink - Central Office file

Indiana Department of Correction
Indiana State Prison

# History of Grievances for Offender

127839 NYKAZA GEE

| Facility | Log ID | Topic | Torte Claim Filed | Appeal/Level | Level Receive Date |
|---|---|---|---|---|---|

EXHIBIT B