UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| NYKAZA GEE,<br><br>Plaintiff,<br><br>v.<br><br>INDIANA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | ) | CAUSE NO. 3:15-CV-452 JTM-MGG |

<u>ORDER</u>

This matter is before the court on the "Notice Regarding Right to Respond to and Submit Evidence in Opposition to Motion for Summary Judgment," (DE 24), filed by the Defendants on August 18, 2016. The defendants filed their notice in an attempt to comply with N.D. Ind. L.R. 56-1(f). However, the notice is deficient as it contains an outdated version of Appendix C. On January 19, 2016, the language of the Appendix C notice was amended. The defendants must provide Mr. Gee with the current version of Appendix C.

For these reasons, the defendants are **ORDERED** to provide Nykaza Gee, a *pro se* prisoner, with the current Appendix C notice by August 29, 2016. The Plaintiff's response to the defendants' motion for summary judgment (DE 22) shall be due by September 30, 2016.

SO ORDERED.

Dated this 29th Day of August, 2016.

<u>S/Michael G. Gotsch, Sr.</u>
Michael G. Gotsch, Sr.
United States Magistrate Judge