UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

ORDER

Due to the Honorable Judge James T. Moody now sharing a combined civil and criminal caseload equal to 50% of the total number of cases (civil and criminal) assigned to an active judge, the Clerk is hereby directed to reassign the following cases from Judge James T. Moody to Judge Robert L. Miller, Jr. as the presider for all further proceedings:

| | |
|---|---|
| 3:14-cv-2016 | Reichert v. Hewson et al |
| 3:15-cv-325 | Pasquarello v. 1st Source Corporation |
| 3:15-cv-445 | Mitchell v. Mossberg & Co. |
| 3:15-cv-452 | Gee v. Indiana Department Of Correction et al |
| 3:16-cv-33 | Scruggs v. West et al |
| 3:16-cv-163 | Washington v. Nu-Way Transportation Services, Inc. et al |
| 3:16-cv-206 | The Braun Corporation v. Dresner Investment Services, Inc. |
| 3:16-cv-359 | Jenkins v. Color Genomics, Inc. |

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

IT IS SO ORDERED.

DATED: September 9, 2016

s/ Philip Simon
Chief Judge, U.S. District Court
Northern District of Indiana