AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

NYKAZA GEE
        Plainitff(s)

v.   **Civil Action No.**   3:15CV452

INDIANA DEPARTMENT OF CORRECTIONS
(Terminated 1/26/2016)
ERIC PARRISH Indiana State
Correctional Officer
KEN YOUNG Sergeant Indiana
State Correctional Officer
OFFENDERS Several State
Officers
(Terminated 1/26/2016)
        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   this case is DISMISSED WITHOUT PREJUDICE pursuant to 42 U.S.C. § 1997e(a).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Robert L. Miller, Jr. on a motion for   summary judgment.

DATE:   10/14/2016                    ROBERT TRGOVICH, CLERK OF COURT

                                                    by   s/T. Castillo
                                                    *Signature of Clerk or Deputy Clerk*